UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JOSEPH MICHAEL ALCINA and FLAVIA ALCINA | * * * | CIVIL ACTON NO. 06-2343 |
| | * | SECTION "K" |
| versus | * | Judge Stanwood R. Duval, Jr. |
| | * | |
| ABE'S BOAT RENTALS, INC. | * | MAGISTRATE (3) |
| | * | Mag. Judge Daniel E. Knowles, III |

******************************************

## ORDER

Considering the foregoing Joint Motion to Dismiss,

**IT IS HEREBY ORDERED** that the Complaint of Joseph Michael Alcina and Flavia Alcina, and all claims asserted therein against Defendant Abe's Boat Rentals, Inc. be and are hereby dismissed with prejudice, each party to bear its respective cost of Court.

**IT IS FURTHER ORDERED** that the Complaint of Intervention of Ace American Insurance Company, and all claims asserted therein against Plaintiffs Joseph Michael Alcina and Flavia Alcina and against Defendant Abe's Boat Rentals, Inc. be and are hereby dismissed with prejudice, each party to bear its respective cost of Court.

New Orleans, Louisiana this __2nd__ day of _____April_____, 2008.

_____
HONORABLE STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT JUDGE